UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRYANT GRIFFIN,**<br>Petitioner | **CIVIL DOCKET NO. 1:20-CV-1068-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN,**<br>Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), and after a *de novo* review of the record, including the "Supplemental Order" (ECF No. 8) filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 5) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of the claim.

THUS DONE AND SIGNED in Chambers, this 19th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE